IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES EUGUENE PHELPS                                                    PLAINTIFF

v.                                    Case No. 1:25-cv-01010

JAIL ADMINISTRATOR CAMERON
OWENS; SHERIFF JONATHON TUBBS;
and OFFICER PAYTON POTTER                                           DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on March 19, 2026, by the

Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of

Arkansas.  (ECF No. 53).  Judge Singleton recommends that Defendants' Motion to Dismiss

Plaintiff's complaint for failure to prosecute (ECF No. 51) be granted.  (ECF No. 53, at 3).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has

passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record

and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation

(ECF No. 53) *in toto*.  Accordingly, the Court finds that Defendant's Motion to Dismiss (ECF No.

51) is **GRANTED**.  Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of April, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge